United States District Court
Southern District of New York
_____

LEEDS EQUITY PARTNERS IV, L.P.,

                Plaintiff,        14 Cv. 7650 (JGK)

    - against -                MEMORANDUM OPINION
                                                AND ORDER
FIDEL ALONSO VALLS AND BANCO POPULAR
DE PUERTO RICO,

                Defendants.
_____

**JOHN G. KOELTL, District Judge:**

     The plaintiff alleges diversity jurisdiction pursuant to 28 U.S.C. § 1332. The complaint describes the plaintiff as a limited partnership. A limited partnership has the citizenship of each of its members for the purposes of diversity jurisdiction. See Handelsman v. Bedford Vill. Assocs. Ltd. P'ship, 213 F.3d 48, 52 (2d Cir. 2000). The plaintiff should therefore advise the Court as soon as possible as to the citizenship of each of the general and limited partners of this limited partnership.

**SO ORDERED.**

Dated:    New York, New York
          September 26, 2014           _____/s/_____
                                                           John G. Koeltl
                                              United States District Judge